# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ROYALTY CLEARINGHOUSE, LTD., | § | |
| | § | JURY TRIAL DEMANDED |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 1:16-cv-1342-DAE |
| CTS PROPERTIES, LTD., ET AL., | § | |
| | § | |
| Defendants. | § | |

## JOINT RULE 41 MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Royalty Clearinghouse, Ltd. ("RCH" or "Plaintiff"), Defendants CTS Properties, Ltd., CTS Management, LLC, Scott Y. Wood (the "CTS Defendants"), Tana Wood ("Ms. Wood"), and PLS, Inc. ("PLS") (collectively, the "Defendants"; collectively, including RCH, the "Parties") respectfully submit this Joint Rule 41 Motion to Dismiss (the "Motion").

1. In its First Amended Complaint, RCH brought six claims against the Defendants. *See* ECF No. 47.

2. <u>First</u>, against the CTS Defendants, RCH brought securities fraud, common law fraud, breach of contract, actual intent fraudulent transfer, and constructive fraudulent transfer claims. *See* ECF No. 47 at pp. 32-42.[1]

3. <u>Second</u>, against Ms. Wood, as transferee, RCH brought actual intent and constructive fraudulent transfer claims. *See* ECF No. 47 at pp. 37-44.

---

[1] The claims for breach of contract were brought only against CTS Proprties, Ltd. and CTS Management, LLC, while the claims for fraudulent transfer were only brought against Scott Y. Wood in his individual capacity.

4. <u>Third</u>, against PLS, as transferee, RCH brought an actual intent fraudulent transfer claim. *See* ECF No. 47 at pp. 44-46.

5. RCH has agreed to dismiss, with prejudice, its claims for breach of contract, securities fraud, actual intent fraudulent transfer, and constructive fraudulent transfer against the CTS Defendants.

6. RCH has agreed to dismiss, with prejudice, its claim for common law fraud against the CTS Defendants, as agreed by the Parties.

7. RCH has agreed to dismiss, without prejudice, its claims for actual intent and constructive fraudulent transfer against Ms. Wood.

8. RCH has agreed to dismiss, with prejudice, its claim for actual intent fraudulent transfer against PLS.

9. Defendant Ms. Wood has agreed to dismiss, without prejudice, her counterclaim for attorneys' fees. *See* ECF No. 128 at pp. 34-35.

10. Each party agrees it shall be responsible for its own legal fees and court costs.

11. Therefore, the Parties respectfully request the Court enter the proposed order, dismissing all claims in the manner described therein.

Dated: November 27, 2018

Respectfully submitted,

*/s/ RJ Giglio*
Andrew B. Ryan
State Bar Card No. 24054464
RJ Giglio
State Bar Card No. 24108016
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 780
Dallas, Texas 75219
T: (214) 347-7360
F: (888) 594-6240
andy@ryanlawpartners.com

R. Dean Gresham
State Bar Card No. 24027215
L. Kirstine Rogers
State Bar Card No. 24033009
**STECKLER GRESHAM COCHRAN PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230
T: (972) 387-4040
F: (972) 387-4041
dean@stecklerlaw.com
krogers@stecklerlaw.com

Mazin A. Sbaiti
State Bar Card No. 24058096
**SBAITI & COMPANY PLLC**
1201 Elm Street, Suite 4010
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
MAS@SbaitiLaw.com

*Counsel for Plaintiff*

*/s/ Michelle A. Reed* (with permission)
Texas Bar No. 24041758
mreed@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)

*Counsel for Defendants CTS Properties, Ltd., CTS Management, LLC, Scott Y. Wood*

*/s/ Deborah C. Milner* (with permission)
Deborah C. Milner
Texas Bar No. 24065761
**VINSON & ELKINS LLP**
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
Telephone: 713-758-2932
Facsimile: 713-615-5912
cmilner@velaw.com

*Counsel for Defendant Tana Wood*

*/s/ Patrick D. Devine* (with permission)
Patrick D. Devine
State Bar No. 05662200
Law Office of Patrick D. Devine
620 W. Main St. #C
Tomball, Texas 77375
Phone: 281-255-0244
Fax: 866-488-1082
Email: pdevine@pdevinelaw.com

***Attorney for PLS, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, a true and correct copy of the foregoing document was served on counsel for all parties via the Court's ECF system.

*/s/ RJ Giglio*
RJ Giglio