IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROYALTY CLEARINGHOUSE, LTD., | § |
| | § JURY TRIAL DEMANDED |
| Plaintiff | § |
| | § |
| v. | § CIVIL ACTION NO. |
| | § 1:16-cv-1342-DAE |
| CTS PROPERTIES, LTD., ET AL., | § |
| | § |
| Defendants. | § |

## ORDER ON JOINT RULE 41 MOTION TO DISMISS

ON THIS DATE came to be considered the Joint Rule 41 Motion to Dismiss (the "Motion"), submitted by all parties to the case. After considering the Motion, the Court finds good cause for the Motion and therefore **GRANTS** it.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's claims against CTS Properties, Ltd., CTS Management, LLC, and Scott Y. Wood, for breach of contract, securities fraud, actual intent fraudulent transfer, and constructive fraudulent transfer, are hereby **DISMISSED WITH PREJUDICE.**

(2) Plaintiff's claim against CTS Properties, Ltd., CTS Management, LLC, and Scott Y. Wood for common law fraud is hereby **DISMISSED WITH PREJUDICE AS AGREED BY THE PARTIES.**

(3) Plaintiff's claims against Defendant Tana Wood for actual intent fraudulent transfer and constructive fraudulent transfer are hereby **DISMISSED WITHOUT PREJUDICE.**

(4) Plaintiff's claim against Defendant PLS, Inc. for actual intent fraudulent transfer is hereby **DISMISSED WITH PREJUDICE.**

(5) Defendant Tana Wood's counterclaim for attorney's fees is hereby **DISMISSED** **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
Hon. David Alan Ezra
United States District Judge

December 6, 2018